AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Kelley

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Samuel Griffith<br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-620<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/30/2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)(a) | Distribution and Possession with Intent To Distribute Controlled Substances (1 count). |
| 18 U.S.C. 922(g)(1) | Possession of a Firearm and/or Ammunition by a Prohibited Person (1 count). |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

*Complainant's signature*

Kennedy Sanders, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime
Date: October 31, 2025

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Newark, Ohio